Brian Ruff, OSB No. 980975
brian@clarklawportland.com
Barry Fifth-Lince, OSB No. 182935
barry@clarklawportland.com
Clark Law and Associates, LLC
6501 SW Macadam Ave. Suite E
Portland, OR 97239
(503) 238-1010
(503) 238-1212 (fax)
  *Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| THE ESTATE OF VICTOR MORALES, ESMERELNDA MORALES, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF VICTOR MORALES<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF OREGON, OREGON STATE POLICE, TROOPER JOHN ANDREAZZI, AND TROOPER MATTHEW POTTER<br>Defendants. | Civil No.: 2:22-cv-00305-MO<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 4l(a) |

The parties to this action give notice of the Plaintiff's voluntarily dismissal of its claims against Defendants, with no fees or costs to either party. Defendants stipulate to Plaintiff's voluntary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 4l(a)(1)(A)(ii).

Dated this 11th day of May 2023

_____
Brian Ruff OSB No. 980975
  *Of Attorneys for Plaintiffs*

Dated this __11th__ day of May 2023

  *s/ Dirk L. Pierson*
Dirk L. Pierson, OSB No. 980975
  *Of Attorneys for Defendants*

Page 1- NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 4l(a)

CLARK LAW & ASSOCIATES, LLC
6501 SW MACADAM AVE. SUITE E
PORTLAND, OR 97239
(503) 238-1010
(503) 238-1212 (FACSIMILE)

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2023 I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 4l(a)** on the following parties:

DIRK L. PIERSON #941281
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Dirk.L.Pierson@doj.state.or.us

*Of Attorneys for Defendants*

by emailing to them a true and correct copy thereof, certified by me as such, at the email addresses above.

Barry Fifth-Lince OSB#182935
*Of Attorneys for Plaintiff*

Page 2- NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 4l(a)

CLARK LAW & ASSOCIATES, LLC
6501 SW MACADAM AVE. SUITE E
PORTLAND, OR 97239
(503) 238-1010
(503) 238-1212 (FACSIMILE)